IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE AND HARVEY HUGHES, ) | Case No. 8:08CV215 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| TRANSAM TRUCKING, INC., et al., ) | |
| ) | |
| Defendant. ) | |

Upon notice of settlement reached through mediation, given to the magistrate judge by Matthew Heffron, counsel for defendant,

**IT IS ORDERED:**

1. On or before **March 11, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F. A. Gossett at Gossett@ned.uscourts.gov a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for February 12, 2009, is cancelled upon the representation that this case is settled.

Dated: February 9, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge