# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE HUGHES and HARVEY HUGHES, Husband and Wife, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>TRANSAM TRUCKING, INC., and )<br>DENNIS R. PARKER, )<br>)<br>Defendants. ) | 8:08CV215<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

The parties have filed a Stipulation for Dismissal.  Upon review of the file,

**IT IS ORDERED** that the Stipulation (Doc. 22) is granted, and this case is dismissed with prejudice, each party to pay its own costs, complete record waived.

**DATED March 13, 2009.**

                                BY THE COURT:

                                s/ F.A. Gossett
                                **United States Magistrate Judge**